FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2025

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY LOUIS SANDAINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED DERMATOLOGY & SKIN SURGERY PLLC, INLAND IMAGING LLC, JOEL SEARS, and AMANDA WILLIAMS,<br><br>　　　　Defendants. | No. 2:25-cv-00318-SAB<br><br>**ORDER OF DISMISSAL** |

On September 19, 2025, the Court dismissed Plaintiff's Complaint, ECF No. 1, with leave to amend and file an Amended Complaint within thirty (30) days. ECF No. 17. Plaintiff was instructed that the failure to do so would result in the dismissal and closure of the above-captioned matter. More than thirty days have passed since the Order was entered.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED**, without prejudice.

2. Any remaining motions, if any, are **DISMISSED AS MOOT**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 27th day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 1**