AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2026

SEAN F. McAVOY, CLERK

JEFFREY LOUIS SANDAINE,

_____
*Plaintiff*

v.

ADVANCED DERMATOLOGY & SKIN SURGERY PLLC, INLAND IMAGING LLC, JOEL SEARS, Medical Vendor – ADSS PLLC Registered Agent, and AMANDA WILLIAMS, Medical Vendor – Director, Revenue Cycle,
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:25-cv-00318-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:    Defendants' Motion to Dismiss for Failure to State a Claim, (ECF No.39), is GRANTED.
Case DISMISSED with prejudice.
Judgment entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge    Stanley A. Bastian _____

Date:    5/6/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*